HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AGUIRRE, JR., ) | Civil No. 06-04030 MJJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | GRANTED |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Tuesday, January 2, 2007 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                          _____
                                          KEVIN V. RYAN
                                          United States Attorney


Dated: October 30, 2006                   /s/_____
                                          SARA WINSLOW
                                          Assistant U.S. Attorney




Dated: October 30, 2006                   /s/_____
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          JOSE AGUIRRE, JR.
```

IT IS SO ORDERED.

Dated: 11/6/2006                          *Martin J. Jenkins* (signature)
                                          HON. MARTIN J. JENKINS
                                          United States District Judge

2

STIPULATION AND ORDER